Matter of Yaqoob A.-S. (Bushra A.) (2024 NY Slip Op 03743)

Matter of Yaqoob A.-S. (Bushra A.)

2024 NY Slip Op 03743

Decided on July 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
DEBORAH A. DOWLING
JANICE A. TAYLOR
LOURDES M. VENTURA, JJ.

2023-01995
 (Docket No. N-1228-23)

[*1]In the Matter of Yaqoob A.-S. (Anonymous). Administration for Children's Services, respondent; Bushra A. (Anonymous), appellant.

Bushra A., Hollis, NY, appellant pro se.
Muriel Goode-Trufant, Acting Corporation Counsel, New York, NY (Devin Slack and Mackenzie Fillow of counsel), for respondent.
Twyla Carter, New York, NY (Dawne A. Mitchell and Judith Stern of counsel), attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 10, the mother appeals from an order of the Family Court, Queens County (Joan L. Piccirillo, J.), dated January 18, 2023. The order granted the petitioner's application for the continued temporary removal of the subject child from the custody of the mother pending the outcome of the proceeding.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The Administration for Children's Services (hereinafter ACS) filed a petition alleging that the mother neglected the subject child. In an order dated January 18, 2023, the Family Court granted ACS's application for the continued temporary removal of the child from the mother's custody pending the outcome of the proceeding. The mother appeals.
The appeal from the order directing the continued temporary removal of the child must be dismissed as academic, because that order was superseded by a subsequent order (see Matter of Nicholas M. [Robert M.], 224 AD3d 689).
DILLON, J.P., DOWLING, TAYLOR and VENTURA, JJ., concur.

2023-01995 DECISION & ORDER ON MOTION
In the Matter of Yaqoob A.-S. (Anonymous).
Administration for Children's Services, respondent;
Bushra A. (Anonymous), appellant.
(Docket No. N-1228-23)

Appeal from an order of the Family Court, Queens County, dated January 18, 2023. By order to show cause dated July 17, 2023, the parties were directed to show cause before this Court why an order should or should not be made and entered dismissing the appeal on the ground that no appeal lies from an order issued upon the default of the appealing party. By decision and order on motion of this Court dated January 19, 2024, the motion was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the order to show cause and the papers filed in response thereto, and upon the submission of the appeal, it is
ORDERED that the motion to dismiss the appeal is denied.
DILLON, J.P., DOWLING, TAYLOR and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court